# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 1:17cr00024 |
| | ) | **Electronic Filing** |
| **JONATHAN SCOTT BOYNTON** | ) | |

## ORDER OF COURT

AND NOW, this 7th day of March, 2019, IT IS ORDERED that the sentencing hearing previously set for 3/18/19 is **RESCHEDULED to Monday, March 25, 2019, at 12:45 p.m.** in Courtroom C, United States Courthouse, Erie, PA.  Defendant is required to be present.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc:    Christian A. Trabold, AUSA
       Thomas Livingston, AFPD

   (*Via CM/ECF Electronic Mail*)